# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/7/2022 | **Time:** 2:57 p.m. – 3:06 p.m. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 21-cv-08529-YGR | **Case Name:** Digital Verification Systems, LLC v. Foxit Software, Inc. | |

**Attorney for Plaintiff:** Jay Johnson
**Attorney for Defendant:** Rachel Lamkin

**Deputy Clerk:** Aris Garcia    **Court Reporter:** Pamela Hebel

## PROCEEDINGS

Initial Case Management Conference - HELD via Zoom Webinar

**Motion to Amend Pleadings is due by 6/10/2022.**
**Editable version of chart to be submitted via e-mail to YGRPO@cand.uscourts.gov**
**The proposed schedule in the joint case management statement is Granted by the Court.**
**Markman Hearing set for 8/31/2022 at 2:00 p.m.**