STEPHEN M. LOBBIN
sml@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Admitted Pro Hac Vice)*
KIZZIA JOHNSON PLLC
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | § § § | Case No: 4:21-cv-08529-YGR |
| Plaintiff, | § § | [PROPOSED] ORDER GRANTING PLAINTIFF'S |
| vs. | § § § | MOTION FOR LEAVE TO AMEND PLAINTIFF'S ANSWERS AND DEFENSES |
| **FOXIT SOFTWARE INCORPORATED,** | § § § | TO DEFENDANT'S COUNTERCLAIMS |
| Defendant. | § § | |

On this date came on to be heard Plaintiff's Unopposed Motion for Leave to Amend Plaintiff's Answers and Defenses to Defendant's Counterclaims ("Motion"), and the Court having considered same, is of the opinion that Plaintiff's Motion should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's Motion is GRANTED.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE