Rachael D. Lamkin
LAMKIN IP DEFENSE
One Harbor Drive, Suite 300
Sausalito, CA 95965
RDL@LamkinIPDefense.com
916.747.6091
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Digital Verification Systems, LLC | Case Number: 3:21-cv-08529-YGR |
| Plaintiff | **DEFENDANT'S LOCAL RULE 7-3(B)** |
| vs. | **STATEMENT OF NONOPPOSITION** |
| | |
| Foxit Software, Inc. | |
| Defendant | |
| | |

**DEFENDANT'S LOCAL RULE 7-3(B) STATEMENT OF NONOPPOSITION**

Pursuant to Local Rule 7-3(b), Defendant Foxit Software hereby files its Statement of Nonopposition to Plaintiff's Motion for Leave to File an Amended Answer to Defendant's Counterclaims, Dkt. Nos. 29-30.  Plaintiff's original responses were improper and Defendant welcomes their amendment.

Defendant has not reviewed the substance of Plaintiff's amended responses.  As such, as communicated to Plaintiff, Defendant reserves all rights, including the right: (1) to seek

sanctions and/or fees; (2) to move to strike said Amended Answer; (3) to move to have improperly denied responses deemed admitted; and (4) any other rights allowed under the Local and Federal Rules if Plaintiff's Amended Answer fails to comply with Federal Rules of Civil Procedure Nos. 8 or 11.

Respectfully submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin
Lamkin IP Defense
916.747.6091
RDL@LamkinIPDefense.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2022, a true and accurate copy of the above and foregoing:

**DEFENDANT'S LOCAL RULE 7-3(B) STATEMENT OF NONOPPOSITION**

Was served upon all counsel of record via the Court's ECF system.

*Rachael D. Lamkin*
Rachael D. Lamkin