UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FOXIT SOFTWARE, INC.,**<br><br>Defendant. | Case No.  4:21-cv-08529-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ANSWERS AND DEFENSES TO DEFENDANT'S COUNTERCLAIMS**<br><br>Re: Dkt. No. 30 |

Pending before the Court is Motion for Leave to Amend Plaintiff's Answer and Defenses to Defendant's Counterclaims.  (Dkt. No. 30.)  Defendant has filed a statement of non-opposition to the motion being granted with a reservation of certain rights.  (Dkt. No. 32.)  Good cause appearing, and subject to the defendant's reservation of rights, the motion is **GRANTED**.[1]  Plaintiff must file the amended answer within five days of this order.

This Order terminates Docket Number 30.

**IT IS SO ORDERED.**

Dated: April 7, 2022

_____<br>
YVONNE GONZALEZ ROGERS<br>
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the motions are appropriate for decision without oral argument and **VACATES** the hearing set for April 26, 2022.