Shea N. Palavan (State Bar No. 339543)
   shea@houstonip.com
**PALAVAN MOORE**
**PALAVAN & MOORE, PLLC**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)

Attorneys for Plaintiff,
DIGITAL VERIFICATION SYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, <br><br> *Plaintiff*, <br><br> V. <br><br> FOXIT SOFTWARE, INC., <br><br> *Defendant*. | Case No. 4:21-CV-08529-YGR <br><br> **JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL** <br><br> **JURY TRIAL DEMANDED** <br><br> Date:        Thursday, May 24, 2022 <br> Time:        2:00 p.m. <br> Courtroom: 1, 4th Floor <br> Judge:      Hon. Yvonne G. Rogers |

Plaintiff, Digital Verification Systems, LLC (hereinafter, "DVS" or "Plaintiff"), and Defendant, Foxit Software, Inc. (hereinafter, "Foxit" or "Defendant"), by and through their respective undersigned counsel, hereby respectfully file this *Joint Notice of Settlement and Stipulation of Dismissal*, and, in support thereof, state as follows:

The matter has been settled. Therefore, including pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), the parties hereby respectfully stipulate to the dismissal of this case with prejudice, including all claims of Plaintiff and all claims of Defendant, with each party to bear its own costs and expenses.

Dated: June 8, 2022

Respectfully submitted,

**PALAVAN & MOORE, PLLC**

*/s/ Shea N. Palavan*
Shea N. Palavan (State Bar No. 339543)
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 303-0704
Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

Jay Johnson (Admitted *Pro Hac Vice*)
  jay@kjpllc.com
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165

Stephen Lobbin (State Bar No. 181195)
  sml@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, California 92037
Telephone: (949) 636-1391

*Attorneys for Plaintiff,*
DIGITAL VERIFICATION SYSTEMS, LLC


*/s/ Rachael D. Lamkin*
Rachael D. Lamkin
**LAMKIN IP DEFENSE**
One Harbor Drive, Suite 300
Sausalito, California 95965
RDL@LamkinIPDefense.com
916.747.6091

*Attorney(s) for Defendant,*
FOXIT SOFTWARE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE 5.5, and this Court's Rules, Orders, and Procedures. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

Dated: June 8, 2022                             /s/ *Shea N. Palavan*
                                                Shea N. Palavan